UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN GILLIN and SHARON GILLIN,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC et al.,<br><br>Defendants. | CASE NO. C14-1282 MJP<br><br>ORDER REFERRING PARTIES TO MEDIATION |

THIS MATTER comes before the Court on Plaintiffs' Amended Complaint (Dkt. No. 16) and Defendant Nationstar Mortgage's Motion for Partial Summary Judgment (Dkt. No. 23). It appears to the Court that there may be some benefit to consideration of Defendant Nationstar Mortgage's counterclaim at the same time as Plaintiffs' affirmative claims, particularly the alleged per se CPA violation, due to the possibility that Plaintiffs' damages and registry funds might offset the debt owed to Defendants and thereby enable the Parties to avoid foreclosure. Pursuant to Local Civil Rule 39.1(c)(1), the Court therefore ORDERS the parties to select a mutually agreeable attorney neutral from the list maintained by the Court at http://www.wawd.uscourts.gov/attorneys/adr and proceed to mediation on the consolidated

ORDER REFERRING PARTIES TO MEDIATION- 1

1  claims within 90 days of this Order. The Court notes the parties may request that the neutral
2  conduct the mediation without compensation under the Rule, and such neutrals are required to
3  provide pro bono mediation at least once a year to maintain standing on the list. (See LCR 39.1(c)(4),
4  (b)(2)(E).) The Parties are further ORDERED to file Joint Status Reports advising the Court 1) of the
5  date of the mediation once the mediation has been scheduled and 2) of the outcome of the mediation
6  within ten (10) days after the conclusion of the mediation. All pending motions and deadlines are
7  hereby STAYED.

    The clerk is ordered to provide copies of this order to all counsel.

    Dated this 9th day of September, 2015.

Marsha J. Pechman
Chief United States District Judge

ORDER REFERRING PARTIES TO MEDIATION-
2